MATTIE GLADDEN, Appellant, v. VILLAGE OF MONTICELLO, Respondent.—

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.

In the Matter of the Claim of LOUISE SCHULTZ, Respondent, v. FIFTH AVENUE COACH LINES, INC., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

No opinion. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

In the Matter of the Claim of FELICITA LANE, Respondent, v. ROBERT ALBANO, INC., et al., Appellants, and SECURITY MUTUAL LIFE INSURANCE CO., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

No opinion. Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.

In the Matter of the Claim of DAVID ZUCK, Respondent, v. GOTTLIEB KOSHER RESTAURANT et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

No opinion. GIBSON, J. P., Herlihy, Reynolds and Taylor, JJ., concur.

In the Matter of the Claim of AUGUSTUS CLARE, Respondent, v. REIN ASBESTOS COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

No opinion. Gibson, J. P., Herlihy, Reynolds and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD DAVIDSON, Appellant, v. WALTER M. WALLACK, as Warden of Wallkill Prison, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.